# United States District Court

_____DISTRICT OF_____DELAWARE_____

UNITED STATES OF AMERICA

v.

ALFREDITO CAMPUSANO
a/k/a ERICSON PIMENTEL

(Name and Address of Defendant)

## Criminal Complaint

Case No. 07-113M (MPT)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about May 30, 2007, in New Castle County, in the District of Delaware defendant(s),

(Track Statutory Language of Offense)

a citizen and national of the Dominican Republic who had previously been removed/deported from the United States on or about May 20, 2003, was found in the United States, and prior to his reembarkation at a place outside the United States neither the Undersecretary for Border and Transportation Security, Department of Homeland Security, nor the Attorney General had expressly consented to such alien's reapplying for readmission,

in violation of Title 8 United States Code, Section(s) 1326(a).

I further state that I am a(n) Deportation Officer, U.S. Immigration and Customs Enforcement and that this complaint is based
                                    Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES

_____
Signature of Complainant
David W. Savina
Deportation Officer
U.S. Immigration and Customs Enforcement

FILED
JUN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

June 5, 2007                                    at   Wilmington, DE
Date                                                  City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                  _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

I, David W. Savina, being duly sworn, depose and say:

1. I am a Deportation Officer with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Deportation Officer September 14, 1998, when the INS employed me. The INS was transferred to the U.S. Department of Homeland Security as the Immigration & Customs Enforcement Division in March 2003.

2. This investigation is based upon information provided by DHS/ICE records, National Crime Information Center (NCIC), FBI records, and my own observations and interviews.

3. On or about May 30, 2007, the ICE Wilmington office received notification from the Howard Young Correctional Institution in Wilmington, DE that a possible illegal alien was incarcerated at the facility. ICE database and NCIC record checks were conducted that indicated the subject, Alfredito CAMPUSANO a/k/a Ericson PIMENTEL, was a possible illegal alien from the Dominican Republic.

4. On May 30, 2007, your affiant interviewed Alfredito CAMPUSANO at the Howard Young Correctional Institution in Wilmington, Delaware. Once advised of his rights in English pursuant to Miranda v. Arizona, Alfredito CAMPUSANO signed a written waiver of his rights and agreed to speak with your affiant. The subject stated that his true and correct name is Alfredito CAMPUSANO and that he was born on a particular date in 1984 in the Dominican Republic. He stated that he last entered into the United States as a stowaway on or about May 17, 2003, at or near the Port Everglades, Florida.

5. Alfredito CAMPUSANO is currently housed at the Howard Young Correctional Institution in Wilmington, Delaware on a detainer placed on him by DHS/ICE for removal from the United States.

6. Your affiant has reviewed DHS/ICE alien database records and alien file A77 013 480 that indicate Alfredito CAMPUSANO, born on a particular date in 1984 in the Dominican Republic, attempted to enter the United States as a stowaway on May 31, 2000. Alfredito CAMPUSANO was removed from the United States via M/V Caribe Merchant Crowley on May 31, 2000. Alfredito CAMPUSANO attempted to reenter the United States illegally as a stowaway on or about May 17, 2003. Alfredito CAMPUSANO was again removed from the United States to the Dominican Republic via MCC Olympus on May 20, 2003.

7. Your affiant queried the subject's fingerprints in an automated system. The results of that query showed that Alfredito CAMPUSANO was deported on the occasions cited above. The FBI database found that the fingerprints submitted matched FBI #767307TB3 with the name on record of Alfredito CAMPUSANO.

8. ICE and Criminal database checks revealed that in May 2007 Alfredito CAMPUSANO was convicted in the Delaware Superior Court of Possession With the Intent to Deliver a Narcotic Schedule II Controlled Substance (cocaine).

WHEREFORE, your affiant avers that there is probable cause to believe that Alfredito CAMPUSANO, a citizen and national of Mexico, was removed by DHS/ICE to the Dominican Republic on May 20, 2003, and prior to his reembarkation at a place outside the United States, neither the Undersecretary for Border and Transportation Security, Department of Homeland Security nor the Attorney General of the United States had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, Section 1326(a).

David W. Savina
Deportation Officer
U.S. Immigration & Customs Enforcement

Subscribed and sworn to before me this 5 day of June, 2007.

The Honorable Mary Pat Thynge
United States Magistrate Judge