UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-113 M (MPT) |
| ALFREDITO CAMPUSANO, | ) ) ) |
| Defendant. | ) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 22nd day of ~~MAY~~ June, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　U.S. District Judge

cc: Federal Public Defender
　　First Federal Plaza, Suite# 110
　　704 King Street
　　Wilmington, DE  19801
　　(302) 573-6010

　　Defendant
　　United States Attorney



FILED
JUN 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE