AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ALFREDITO CAMPUSANO
a/k/a ERICSON PIMENTEL

**WARRANT FOR ARREST**

CASE NUMBER:  07- 113 M

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
JUN 2 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

YOU ARE HEREBY COMMANDED to arrest Ruben Santana-Millan, a/k/a Ruben Pederosa-M, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

**charging him with** (brief description of offense)

being a citizen and national of the Dominican Republic who had previously been removed/deported from the United States on or about May 20, 2003, and was found in the United States, and prior to his reembarkation at a place outside the United States neither the Undersecretary for Border and Transportation Security, Department of Homeland Security, nor the Attorney General had expressly consented to such alien's reapplying for readmission,

in violation of Title __8__ United States Code, Section (s) __1326(a)__.

| | |
|---|---|
| **Honorable Mary Pat Thynge**<br>Name of Issuing Officer | United States Magistrate Judge<br>District of Delaware<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | June 5, 2007    Wilmington, Delaware<br>Date and Location |

Bail fixed at $ _____    by _____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/24/07 | David Saunders | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Alfredito Campusano

ALIAS: Ericson Pimentel

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Dominican Republic

DATE OF BIRTH: 05/15/1984

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 767307TB3

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: David Savina, Deportation Officer, 1305 McD Drive, Dover, DE, 19901; 302-730-9315 office; 302-730-9310 fax; 267-236-4190 cell