UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                      ) | |
|         Plaintiff,                   ) | |
|                                      ) | CASE NO. CR 07-87 (UNA) |
|   vs.                                ) | |
|                                      ) | |
|   Alfredito Campusano                ) | |
|                                      ) | |
|         Defendant.                   ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _June 28, 2007_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _July 31, 2007_. The time between the date of this order and _July 31, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney