IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-87-SLR |
| ALFREDITO CAMPUSANO, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF CHANGE OF PLEA AND SENTENCING**

Defendant, Alfredito Campusano, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the Change of Plea and Sentencing Hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Campusano is scheduled for a Change of Plea and Sentencing Hearing on September 12, 2007, at 8:30 a.m.

2. Defense counsel, Eleni Kousoulis, will be out of the office and unavailable on September 12, 2007, at 8:30 a.m. Ms. Kousoulis respectfully requests a continuance of the Change of Plea and Sentencing Hearing in this case.

3. AUSA Beth Moskow-Schnoll, the attorney handling this case for the government, has no objection to the defense's request for a continuance in this matter.

4. Defense counsel spoke to the Court's chambers and was informed that the Court has available September 21, 2007, at 8:30 a.m., in which to hold the Change of Plea and Sentencing Hearing in this matter.

5. The defense agrees to waive any time, pursuant to the Speedy Trial Act, between now and the new date of the hearing.

WHEREFORE, Mr. Campusano respectfully requests that the Court continue the Change of Plea and Sentencing Hearing in this matter to September 21, 2007, at 8:30 a.m.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Alfredito Campusano

DATED: July 30, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Criminal Action No. 07-87-SLR | |
| | : | | |
| ALFREDITO CAMPUSANO, | : | | |
| | : | | |
| Defendant. | : | | |

## **ORDER**

In response to Mr. Campusano's Motion for Continuance of Change of Plea and Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's Sentencing Hearing is re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

 

 

_____
The Honorable Sue L. Robinson
United States District Court