IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-87-SLR |
| ALFREDITO CAMPUSANO, | : |
| Defendant. | : |

### ORDER

In response to Mr. Campusano's Motion for Continuance of Change of Plea and Sentencing, this Court HEREBY ORDERS on this __31st__ day of __July__, 2007, that Defendant's Sentencing Hearing is re-scheduled for the __21st__ day of __September__, 2007 at __8:30__ a.m./p.m.

_____
The Honorable Sue L. Robinson
United States District Court